UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:13-00090-4 |
| | ) | JUDGE SHARP |
| MERCEDES MARDALI GARCIA-LINDO | ) | |

**O R D E R**

Pending before the Court is Defendant's Motion to Set Change of Plea Hearing (Docket No. 281).

The motion is GRANTED and a hearing on a plea of guilty in this matter is hereby scheduled for **Friday, January 10, 2014, at 9:00 a.m.**

It is so ORDERED.

KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE