UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:13-00090-4 |
| | ) | JUDGE SHARP |
| MERCEDES MARDALI GARCIA-LINDO | ) | |

## O R D E R

Pending before the Court is Defendant's Motion to Clarify Sentencing Hearing Date (Docket No. 342).

The motion is GRANTED and the correct date of the sentencing hearing is **Monday, June 16, 2014, at 10:30 a.m.**

It is so ORDERED.

*Kevin H. Sharp*

KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE