UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:13-00090-4 |
| | ) | JUDGE SHARP |
| MERCEDES MARDALI GARCIA-LINDO | ) | |

**O R D E R**

Due to a calendar conflict, the sentencing hearing set for July 10, 2014, is hereby rescheduled for Monday, July 21, 2014, at 1:30 p.m.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE