
**MOTION GRANTED**

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:13-cr-00090 |
| | ) | |
| MERCEDES MARDALI GARCIA-LINDO | ) | JUDGE SHARP |
| | ) | |

## GOVERNMENT'S UNOPPOSED MOTION TO SUPPLEMENT RELEASE CONDITIONS

At sentencing, the Court granted defendant release pending her surrender to serve the sentence imposed in this matter, subject to all prior conditions; and in addition that she be subject to home detention, except for approved necessities. To aid in confirming defendant's compliance regarding home detention, probation has requested that defendant be subject to electronic monitoring. Counsel for defendant has advised that there is no objection to this request.

The government therefore respectfully requests that the Court order as a supplemental condition of defendant's release pending her surrender for execution of sentence, that she be subject to electronic monitoring by probation.

Respectfully submitted,

DAVID RIVERA
United States Attorney

**S/Hilliard H. Hester**
HILLIARD H. HESTER
Assistant United States Attorney
110 Ninth Avenue South, Suite A-961
Nashville, Tennessee 37203-3870
Telephone: (615) 736-5151